# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2018

Stephen J. Markman,
Chief Justice

156707 & (70)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

MORNINGSIDE COMMUNITY ORGANIZATION,
HISTORIC RUSSELL WOODS-SULLIVAN AREA
ASSOCIATION, OAKMAN BOULEVARD
COMMUNITY ASSOCIATION, NEIGHBORS
BUILDING BRIGHTMOOR, WALTER HICKS,
SPIRLIN MOORE, DEWHANNEA FOX,
DEAUNNA BLACK, and ROBERT LEWIS,
      Plaintiffs-Appellants,
and

JULIA AIKENS and EDWARD KNAPP,
      Plaintiffs,

v

                                   SC: 156707
                                   COA: 336430
WAYNE COUNTY TREASURER and COUNTY      Wayne CC: 16-008807-CH
OF WAYNE,
      Defendants-Appellees,
and

CITY OF DETROIT and DETROIT CITIZENS
BOARD OF REVIEW,
      Defendants.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 21, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2018



Clerk

t0117